452 A.2d 1089

Commonwealth v. Malott, Appellant.
Petition for Allowance of Appeal Denied May 18, 1983.

Submitted March 6, 1980. Bruce C. Bankenstein, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

Order affirmed.